UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA WILLIAMS, as Personal Representative
of the Estate of Robert Williams, deceased,

    Plaintiff,

v.                                        CASE NO: 8:09-cv-2151-T-26TBM

GAFFIN INDUSTRIAL SERVICES, INC., et al.,

    Defendants.
                                      /

**O R D E R**

Upon due consideration of the court file, it is ordered and adjudged that the Motions to Dismiss found at dockets 5 and 6, which were filed in state court prior to removal, and which were based on the Florida Rules of Civil Procedure, are denied without prejudice to being refiled under the Federal Rules of Civil Procedure and in conformity with recent United States Supreme Court opinions governing the sufficiency of a complaint.

**DONE AND ORDERED** at Tampa, Florida, on October 23, 2009.

                                    s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record